UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    Prosecution,                                   Case No.: 12 Cr. 171 (JPO)

vs.

MARK SHAPIRO, et al.,
    Defendants.
_____/

## APPEARANCE OF COUNSEL

TO:    The clerk of court and all parties of record

KATIE A. BUTLER, ESQ. of the DAVIDOFF LAW FIRM, PLLC is admitted or otherwise authorized to practice in this Court and hereby files her appearance as counsel for the Defendant "MARK SHAPIRO" in this case for all purposes except appeals.

Date: June 11, 2012

                                      Respectfully submitted,

                          By:      **s/*KAB***
                                  KATIE A. BUTLER, ESQ.
                                  Bar Number: KB1121
                                  DAVIDOFF LAW FIRM, PLLC
                                  60 East 42nd Street, Suite 2231
                                  New York, NY 10165
                                  Email: katie@davidofflawfirm.com
                                  Telephone: 212-587-5971
                                  Fax:  212-658-9852

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Appearance of Counsel* was provided to the United States via email to Daniel Goldman, AUSA (daniel.goldman2@usdoj.gov) and Nicholas McQuaid, AUSA (nicholas.mcquiad@usdoj.gov), U.S. Attorney's Office, One Saint Andrew's Plaza, New York, NY 10007 and filed with CM/ECF on this 11th day of June 2012.

                                        By:      **s/*KAB***
                                                Katie A. Butler, Esq.

**DAVIDOFF LAW FIRM, PLLC**
60 East 42nd Street, Suite 2231, New York, New York 10165 ● Telephone (212) 587-5971 ● Fax (212) 658-9852